No. 24-3700, No. 24-3655, No. 24-3654

---

IN THE

# United States Court of Appeals for the Ninth Circuit

---

JANE DOE, *et al.*,

*Plaintiffs-Appellants*,

*v.*

ROB BONTA, in his official capacity
as Attorney General; *et al.*,

*Defendants-Appellees*.

---

FRESENIUS MEDICAL CARE ORANGE COUNTY, LLC, *et al.*,

*Plaintiffs-Appellants*,

*v.*

ROB BONTA, in his official capacity
as Attorney General; *et al.*,

*Defendants-Appellees*.

---

On Appeal from the United States District Court
for the Central District of California
No. 8:19-cv-02105 DOC (ADSx)

---

## APPELLANTS' CONSENT MOTION TO
## MODIFY THE BRIEFING SCHEDULE

---

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure,

Circuit Rule 27-1, and Circuit Advisory Committee Note to Rule 27-1(6),

Appellants Fresenius Medical Care Orange County, LLC; Fresenius

1

Medical Care Holdings, Inc., doing business as Fresenius Medical Care North America; DaVita Inc.; and U.S. Renal Care, Inc. (collectively, "**Provider Appellants**"), and the American Kidney Fund; Dialysis Patient Citizens; and Jane Does (collectively, "**AKF Appellants**"), respectfully move the Court to modify the briefing schedule for this appeal. Appellants are authorized to inform the Court that the State Appellees agree to the scheduled proposed here.

The consolidated district court case below concerns constitutional challenges to California's Assembly Bill No. 290, ch. 862, 2019 Cal. Stat. ___ ["AB 290"]—a state law that would impose a variety of regulations on the American Kidney Fund, a national charity that assists dialysis patients; on dialysis providers, such as Provider Appellants; and others who contribute to the American Kidney Fund. Shortly after the California Legislature enacted AB 290 in 2019, two separate lawsuits (now consolidated) were brought challenging AB 290 on constitutional

2

and preemption grounds.[1]  The district court preliminarily enjoined

AB 290 on December 30, 2019.  *See* ECF No. 58.

On January 9, 2024, the district court issued an order deciding the

parties' cross-motions for summary judgment, granting in part and

denying in part the cross-motions.  *See* ECF No. 207.  The district court

entered a stipulated final judgment, permanent injunction, and stay

pending appeal on May 9, 2024.  ECF No. 219.

AKF Appellants filed a notice of appeal on June 7, 2024.  Provider

Appellants also filed a notice of appeal on June 7, 2024.  State Appellees

filed a notice of cross-appeal on June 12, 2024.  The Court entered the

following briefing schedule for the cross-appeal:

- Appellants' principal briefs:  August 30, 2024

---

[1] On November 1, 2019, AKF Appellants brought suit challenging AB 290.  *See* No. 8:19-cv-2105 DOC (ADSx), ECF No. 1.  On November 5, 2019 Provider Appellants brought suit, on behalf of themselves and their patients, challenging AB 290.  *See* No. 8:19-cv-2130 DOC (ADSx), ECF No. 1.  After summary judgment briefing but before ruling, the district court consolidated the Provider Appellants' action, No. 8:19-cv-02130 DOC (ADSx), with the AKF Appellants' action, No. 8:19-cv-02105 DOC (ADSx), and directed that all filings be made in the *Doe* docket.  *See* ECF No. 180.

3

- State Appellees' principal brief and response briefs: September 30, 2024

- Appellants' response and reply briefs:  October 30, 2024

- State Appellees' reply briefs:  November 20, 2024 (21 days after the October 30, 2024 deadline for Appellants' response and reply briefs).

Provider Appellants and AKF Appellants respectfully submit that in light of the important constitutional issues at stake, the number of parties, the need to coordinate joint briefs among separately represented parties, as well as conflicting obligations of Appellants, Appellees, and their counsel, and intervening holidays, there is good cause to modify the briefing schedule and adopt the following four-brief schedule:

- Appellants' principal briefs:  September 23, 2024

- State Appellees' principal brief and response briefs: December 2, 2024

- Appellants' response and reply briefs:  February 17, 2025

- State Appellees' reply briefs:  May 2, 2025

4

The parties have met and conferred, and all parties agree to this schedule. This proposed schedule provides one week less than the streamlined extension would provide on Appellants' principal briefs, and adds a short additional period to the other three deadlines that would be set if the parties obtained streamlined extensions. *See* Fed. R. App. Proc. 28.1(f); Circuit Rule 31-2.2(a). The additional time will better enable the multiple, separately represented Provider Appellants to coordinate the preparation and filing of consolidated briefs, thereby facilitating the Court's review and conserving judicial resources by avoiding multiple, potentially overlapping briefs from the Provider Appellants. In addition, this schedule will facilitate the Appellees' coordination with multiple separate state agencies, several of whom are parties to this appeal. The parties have agreed that if this schedule is entered, they will not seek further extensions of the briefing schedule.

Furthermore, the parties anticipate that this Court will consolidate *Doe v. Bonta*, Case No. 24-3655, and *Fresenius Medical Care Orange County, LLC v. Bonta*, Case No. 24-3554, with the cross-appeal, Case No. 24-3700, as they are appeals from the same final judgment in

5

the consolidated cases before the district court.  Out of an abundance of
caution, however, Appellants are filing this motion in each docket.

## CONCLUSION

Appellants respectfully request the Court adopt the briefing
scheduled proposed here.

Dated: June 20, 2024                    Respectfully submitted,


s/ *Kellly P. Dunbar*

David W. Ogden
Kelly P. Dunbar
Ari Holtzblatt
Wilmer Cutler Pickering
  Hale And Dorr LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6440
David.Ogden@wilmerhale.com
Kelly.Dunbar@wilmerhale.com
Ari.Holtzblatt@wilmerhale.com

Joshua A. Vittor
Wilmer Cutler Pickering
  Hale And Dorr LLP
350 South Grand Ave.
Suite 2400
Los Angeles, CA 90071
Joshua.Vittor@wilmerhale.com

*Counsel for Appellant DaVita Inc.*

s/ *Joseph N. Akrotirianakis*

Joseph N. Akrotirianakis
King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
(213) 443-4355
jakro@kslaw.com

s/ *Michael E. Bern*

Abid R. Qureshi
Michael E. Bern
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
Stuart.Kurlander@lw.com
Abid.Qureshi@lw.com
Michael.Bern@lw.com

Andrew Gray
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 755-8017
Andrew.Gray@lw.com

*Counsel for Appellant U.S. Renal Care, Inc.*

s/ *Eric A. Shumsky*

Eric A. Shumsky
Orrick, Herrington &
  Sutcliffe LLP
1152 15th St. NW
Washington, DC 20005
(202) 339-8400
eshumsky@orrick.com

Kristopher R. Wood

7

Ashley C. Parrish
King & Spalding LLP
1700 Pennsylvania Ave. NW
2nd Floor
Washington, DC 20006
(202) 737-0500
aparrish@kslaw.com

*Counsel for Appellants Jane
Doe, Stephen Albright,
American Kidney Fund, Inc.
and Dialysis Patient Citizens,
Inc.*

Orrick, Herrington &
   Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 567-6700

James F. Bennett
Megan S. Heinsz
DOWD BENNETT LLP
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105

*Counsel for Appellants Fresenius
Medical Care Orange County, LLC
and Fresenius Medical Care
Holdings, Inc. d/b/a Fresenius
Medical Care North America*

June 20, 2024

8

## CIRCUIT RULE 25-5 ATTESTATION

I attest that all Plaintiffs-Appellants concur in the content of this filing.

s/ *Kelly P. Dunbar*
Kelly P. Dunbar

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** 24-3700, 24-3655, 24-3654

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[  ] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[  ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)***:**

Appellants' Consent Motion to Modify the Briefing Schedule

**Signature** /s/ Kelly Dunbar **Date** June 20, 2024