No. 24-3700, No. 24-3655, No. 24-3654

IN THE
# United States Court of Appeals for the Ninth Circuit

JANE DOE, *et al.*,

*Plaintiffs-Appellants*,

*v.*

ROB BONTA, in his official capacity
as Attorney General; *et al.*,

*Defendants-Appellees*.

FRESENIUS MEDICAL CARE ORANGE COUNTY, LLC, *et al.*,

*Plaintiffs-Appellants*,

*v.*

ROB BONTA, in his official capacity
as Attorney General; *et al.*,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Central District of California
No. 8:19-cv-02105 DOC (ADSx)

**DECLARATION OF KELLY P. DUNBAR IN
SUPPORT OF APPELLANTS' CONSENT
MOTION TO MODIFY THE BRIEFING
SCHEDULE**

I, Kelly P. Dunbar, hereby declare:

1.  I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and a member of the bar of this Court. I represent Appellant DaVita Inc.

2.  This appeal arises out of Appellants' constitutional challenges to California's Assembly Bill No. 290, ch. 862, 2019 Cal. Stat. ___ ["AB 290"]. On May 9, 2024, the district court entered a final judgment that declared certain provisions of AB 290 were void and unenforceable; declared certain other provisions of AB 290 were lawful; permanently enjoined the enforcement of the provisions of the AB 290 declared void; and stayed the implementation of the remaining provisions of AB 290 pending appeal.

3.  Appellants filed their notices of appeal on June 7, 2024.

4.  Appellees filed a notice of cross-appeal on June 12, 2024.

5.  The Court entered the following briefing schedule for the cross-appeal:

- Appellants' principal briefs: August 30, 2024

- State Appellees' principal brief and response briefs: September 30, 2024

- Appellants' response and reply briefs:  October 30, 2024

- State Appellees' reply briefs:  November 20, 2024 (21 days after the October 30, 2024 deadline for Appellants' response and reply briefs).

6.    Appellants respectfully request that the Court adopt the following four-brief schedule:

- Appellants' principal briefs:  September 23, 2024

- State Appellees' principal brief and response briefs: December 2, 2024

- Appellants' response and reply briefs:  February 17, 2025

- State Appellees' reply briefs:  May 2, 2025

7.    The parties have met and conferred, and all parties agree to this schedule.  This proposed schedule provides one week less than the streamlined extension would provide for the deadline on Appellants' principal briefs, and adds between two and four additional weeks to the other three deadlines that would be set if the parties obtained streamlined extensions.

8.      This request is necessary in light of (1) the important constitutional issues at stake, (2) the number of parties, (3) the conflicting obligations of Appellants, Appellees, and their counsel, and (4) intervening holidays.

9.      For example, Appellants' challenge to AB 290 raises important issues under the First Amendment because it regulates financial contributions to a charitable organization and requires the disclosure of the names of individuals who receive charitable assistance, imposing content-based burdens on expressive and associational activities.

10.      Appellants Fresenius Medical Care Orange County, LLC; Fresenius Medical Care Holdings, Inc., doing business as Fresenius Medical Care North America; DaVita Inc.; and U.S. Renal Care, Inc. (collectively, "**Provider Appellants**"), are dialysis providers who contribute to the American Kidney Fund, a national charity that assists dialysis patients.  The Provider Appellants are separately represented, but anticipate filing a single appellate brief, as they did on summary judgment before the district court.  The additional time will permit these separately represented parties to file a single joint brief.  The

4

American Kidney Fund; Dialysis Patient Citizens; and Jane Does (collectively, "**AKF Appellants**"), are also separately represented and anticipate filing a separate appellate brief.  The additional time will permit communication between the Provider Appellants and AKF Appellants to reduce duplication, and will afford Appellees sufficient time to respond to multiple briefs.  This schedule also will facilitate the Appellees' coordination with multiple separate state agencies, several of whom are parties to this appeal.

11.    Multiple holidays fall during the briefing schedule, including Labor Day, Thanksgiving, and the winter holidays.  The parties have agreed to distribute the holidays equitably so that no party's briefing period falls over multiple holidays.

12.    Counsel for Appellants have exercised diligence and will file their briefs on or before the dates proposed if the extension is granted.

13.    The parties have met and conferred, and Appellees have agreed to this schedule.

14.    The parties have agreed that if this schedule is entered, the parties will not seek further extensions from these deadlines.

15.  To my knowledge, no court reporter is in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 20, 2024

s/ *Kelly P. Dunbar*
Kelly P. Dunbar
Wilmer Cutler Pickering
  Hale And Dorr LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6440
Kelly.Dunbar@wilmerhale.com

*Counsel for Appellant DaVita Inc.*

## CIRCUIT RULE 25-5 ATTESTATION

I attest that all Plaintiffs-Appellants concur in the content of this filing.

s/ *Kelly P. Dunbar*
Kelly P. Dunbar